**Pierre LABARGE, Appellant,**

v.

**Mary Ann BERNDSEN, Respondent.**

**No. 56980.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 22, 1991.

Donald H. Clooney, Timothy R. Anderson, Clooney & Anderson, St. Louis, for appellant.

Richard H. Edwards, Michael R. Young, Edwards, Singer & Wolk, Clayton, for respondent.

## ORDER

PER CURIAM.

Former husband appeals from the order of the trial court dismissing at the conclusion of former husband's evidence his motion for modification of maintenance awarded to former wife in prior dissolution and an award of attorney's fees. The parties have been furnished with a memorandum supplementing this order.

The order of the trial court is affirmed. Rule 84.16(b).